IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AVALON CORRECTIONAL SERVICES, INC., | ) ) ) |
| Plaintiff and Counterclaim Defendant, | ) ) ) |
| v. | ) ) |
| RAVENSWOOD INVESTMENT COMPANY, L.P., and RAVENSWOOD INVESTMENTS III, L.P., | ) ) ) )   Case No.  09-CV-70-R |
| Defendants, Counterclaimants, and Third-Party Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| DONALD E. SMITH, | ) ) |
| Third-Party Defendant. | ) |

## **ORDER**

Before the Court is the motion of Plaintiff and Counterclaim Defendant Avalon Correctional Services, Inc. and Third-Party Defendant Donald E. Smith to realign the parties [Dkt. 66] (the "Motion").  The Court, being fully advised, finds good cause to grant the Motion.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that from and after entry of this Order, for purposes of the Scheduling Order [Dkt. 57] and all further proceedings in this case, the parties shall

be and hereby are realigned so that Ravenswood Investment Company, L.P. and Ravenswood Investments III, L.P. shall be and hereby are designated Plaintiffs and Avalon Correctional Services, Inc. and Donald E. Smith shall be and hereby are designated as Defendants.  The Court is simultaneously entering an Amended Scheduling Order which shall reflect the realignment of the parties pursuant to this Order.

IT IS FURTHER ORDERED THAT all future pleadings filed in this case shall reflect  Ravenswood Investment Company, L.P. and Ravenswood Investments III, L.P. as plaintiffs and shall reflect Avalon Correctional Services, Inc. and Donald E. Smith as defendants.

IT IS FURTHER ORDERED that from and after entry of this Order, all pleadings and other papers filed in this case shall bear the revised caption attached as Exhibit 1 to the Motion.

Dated this 22nd day September, 2009.

/s/ David L. Russell
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE